UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

| | |
|---|---|
| **FREDDIE C GADDIS** | **CASE NO. 3:20-CV-01137** |
| **VERSUS** | **JUDGE TERRY A. DOUGHTY** |
| **UNITED STATES OF AMERICA** | **MAG. JUDGE KAREN L. HAYES** |

## **JUDGMENT**

The Report and Recommendation of the Magistrate Judge [Doc. No. 7] having been considered, no objections having been filed, and finding that the same is supported by the law and the record in this matter,

**IT IS ORDERED, ADJUDGED, AND DECREED** that the motion to dismiss filed by Plaintiff [Doc. No. 4] is **GRANTED** and Plaintiff's claims against Defendant are **DISMISSED WITHOUT PREJUDICE.**

**IT IS FURTHER ORDERED** that the motion to dismiss filed by Defendant United States of America [Doc. No. 5] is **DENIED AS MOOT**.

THUS DONE AND SIGNED this 17th day of November, 2020, in Monroe, Louisiana.

_____
TERRY A. DOUGHTY
UNITED STATES DISTRICT JUDGE